U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 APR -3 PM 1:30

CLERK
BY ᴸᴬᵂ
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BROWE, et al.
                Plaintiff(s),

v.                               Case No. **2:15-cv-00267-cr**

**CTC CORPORATION, et al.**
                Defendant(s).

## STIPULATED DISCOVERY SCHEDULE/ORDER

The parties submit the following Discovery Schedule pursuant to Local Rule 26(a)(2):

1. The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before **May 9, 2016**.

2. The parties shall serve all interrogatories and requests for production on or before **May 1, 2017**.

3. Plaintiffs' responses and objections to Defendants' Second Interrogatories and Requests for Production dated February 28, 2017 (Doc. 104) shall be filed not later than **April 21, 2017**.

4. Defendants' responses to Plaintiffs' March 6, 2017 Second Amended Complaint (Doc. 105), Plaintiffs' March 7, 2017 Motion for Summary Judgment (Doc. 107), and Plaintiffs' March 20, 2017 Memorandum in Opposition to Defendants' February 20, 2017 Motion to Amend Answer (Doc. 110) shall be filed on or before **April 28, 2017**.

5. Depositions of all non-expert witnesses shall be completed by **May 12, 2017.**

6. Plaintiffs shall submit expert witness reports on or before **July 14, 2017.**

Depositions of plaintiffs' expert witnesses shall be completed by **August 11, 2017**.

7. Defendant shall submit expert witness reports on or before **July 14, 2017**.

    Depositions of defendants' expert witnesses shall be completed by **August 11, 2017**.

8. The Early Neutral Evaluation session shall be conducted on _____ (N/A – ENE has been conducted by the Parties)_____ at _____ am_____pm. The parties have agreed that _____N/A_____ will serve as the early neutral evaluator. (Note: Paragraph 10 only applies to ENE-eligible cases pursuant to Local Rule No. 16.1.)

9. The parties shall serve all requests for admission for all evidence other than from expert witnesses on or before **August 11, 2017**. The parties shall serve all requests for admission for all evidence from expert witnesses on or before **September 8, 2017**.

10. All discovery shall be completed by **August 11, 2017**.

11. Motions for joinder of parties and amendments to the pleadings shall be filed on or before **April 14, 2017**.

12. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before **September 11, 2017**.

13. This case shall be ready for trial by **September 11, 2017**.

_____  3/27/17
Date
Counsel for Plaintiff(s)

_____
Date
Counsel for Defendant(s)

APPROVED and SO ORDERED:

_____
U.S. District/Magistrate Judge

Date: __4/3/17__

Local Form/Rule 26(a)(3)