## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

_____

**Donna Browe, the Estate of Beverly Burgess, Tyler Burgess,
Bonnie Jamieson, Philip Jordan,
and Lucille Launderville**

        **Plaintiffs,**          Civil Action No. 2:15-cv-00267-cr

   -against-

**CTC Corporation; and
Bruce Laumeister**

        **Defendants.**

_____

### DISCOVERY CERTIFICATE

    I hereby certify that on April 21, 2017, I sent a copy of Plaintiff Lucille Launderville's Responses to Defendants' Second Interrogatories and Requests to Produce, Plaintiff Donna Browe's Responses to Defendants' Second Interrogatories and Requests to Produce, Plaintiff Philip Jordan's Responses to Defendants' Second Interrogatories and Requests to Produce, Plaintiff Bonnie Jamieson's Responses to Defendants' Second Interrogatories and Requests to Produce, and Plaintiff Tyler Burgess's Responses to Defendants' Second Interrogatories and Requests to Produce by verified mail, postage pre-paid to A. Jay Kenlan, Esq., attorney for the Defendants, at his address of 25 Washington Street, Rutland, VT 05701.

Dated: April 21, 2017          */s/ John D. Stasny*
                                             John D. Stasny, Esq.
                                             Patrick J. Bernal, Esq.
                                             Attorneys for Plaintiff
                                             Woolmington, Campbell, Bernal & Bent, P.C.
                                             P.O. Box 2748, 4900 Main Street
                                             Manchester Center, VT 05255
                                             (802) 362-2560
                                             john@greenmtlaw.com