

## LAW OFFICE OF
## A. JAY KENLAN, ESQ., PLLC

April 27, 2017

Jeffrey S. Eaton, Clerk
United States District Court
P. O. Box 945
Burlington, VT 05402-0945

**Re:** **Browe, et al. v. CTC Corporation, et al.**
**Docket No. 2:15-cv-00267-cr**

Dear Mr. Eaton:

This is to advise the Court that Patrick Bernal, Attorney for the plaintiffs in this matter, has agreed to extend the filing date of the items due under Paragraph 4 of the Scheduling Order, "Defendants' Answer to Plaintiffs' March 6, 2017 Second Amended Complaint (Doc.105), Plaintiffs' March 7, 2017 Motion for Summary Judgment (Doc. 107) and Plaintiffs' March 20, 2017 Memorandum in Opposition to Defendants' February 20, 2017 Motion to Amend Answer (Doc.110)" from Friday, March 28, 2917 until Friday, May 5, 2017.

Very truly yours,

A. Jay Kenlan

AJK:jt

Cc:  Bruce Laumeister
     Patrick Bernal, Esq.