## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

_____

**Donna Browe, the Estate of Beverly**
**Burgess, Tyler Burgess,**
**Bonnie Jamieson, Philip Jordan,**
**and Lucille Launderville**

        **Plaintiffs,**                Civil Action No. 2:15-cv-00267-cr

   **-against-**

**CTC Corporation; and**
**Bruce Laumeister**

        **Defendants.**
_____

### DISCOVERY CERTIFICATE

I hereby certify that on May 1, 2017, I sent a copy of Plaintiffs' Requests for Production Relating to Damages by verified mail, postage pre-paid to A. Jay Kenlan, Esq., attorney for the Defendants, at his address of 25 Washington Street, Rutland, VT 05701.

Dated: May 1, 2017                   */s/ John D. Stasny*
                                              John D. Stasny, Esq.
                                              Patrick J. Bernal, Esq.
                                              Attorneys for Plaintiff
                                              Woolmington, Campbell, Bernal & Bent, P.C.
                                              P.O. Box 2748, 4900 Main Street
                                              Manchester Center, VT 05255
                                              (802) 362-2560
                                              john@greenmtlaw.com