**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

_____

**Donna Browe, the Estate of Beverly**
**Burgess, Tyler Burgess,**
**Bonnie Jamieson, Philip Jordan,**
**and Lucille Launderville**

        **Plaintiffs,**              **Civil Action No. 2:15-cv-00267-cr**

   **-against-**

**CTC Corporation; and**
**Bruce Laumeister**

        **Defendants.**
_____

### PLAINTIFFS' PROPOSAL FOR APPOINTMENT OF A SPECIAL MASTER

Plaintiffs file this proposal for appointment of a special master in accordance with the Court's Opinion and Order of October 18, 2018 (Doc. 221), which granted the parties 20 days to propose up to three individuals to serve as a special master.

Plaintiffs propose the following attorneys, subject to their availability and acceptance of the responsibility:

> William J. Fisk (also a CPA)
> PO Box 499
> 507 Main Street
> Bennington, VT 05201-0499
> 802-447-1222

> Thomas H. Jacobs
> 204 South Street
> Bennington, VT 05201
> 802-442-8503

WOOLMINGTON, CAMPBELL, BENT & STASNY, P.C.
MANCHESTER, VERMONT

Dated at Manchester on November 7, 2018.

          _/s/ John D. Stasny_            
John D. Stasny
john@greenmtlaw.com
Woolmington, Campbell, Bent & Stasny, P.C.
P.O. Box 2748, 4900 Main Street
Manchester Center, VT 05255
(802) 362-2560
ATTORNEYS FOR THE PLAINTIFFS

Woolmington, Campbell, Bent & Stasny, P.C.
MANCHESTER, VERMONT