U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 OCT 14 PM 3: 26

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Donna Browe, the Estate of Beverly )
Burgess, Tyler Burgess, Bonnie )
Jamieson, Philip Jordan, and )
Lucille Launderville, )
)
    *Plaintiffs* )
)
v. )
)
CTC Corporation and Bruce )
Laumeister, )
)
    *Defendants* )
_____)

Civil Action No. 2:15-cv-267

**Order for Partial Discharge
of Writ of Attachment**

IT IS HEREBY ORDERED that the *Writ of Attachment* [Doc. 48] granted by this Court on August 3, 2016, and recorded on August 8, 2016 in Book 515, at Page 53 of the Bennington, Vermont Land Records is hereby discharged **only** as to the property located at 43 Monument Avenue, Town of Bennington, State of Vermont, and which is more particularly described as the lands and premises conveyed to Bruce R. Laumeister by Quit Claim Deed of Virginia Scott Laumeister, dated January 26, 1990, and recorded at Book 0-283, Page 158 of the Bennington, Vermont Land Records. Said *Writ* shall remain in full force and effect as to all other properties described in said *Writ*.

Dated at Burlington, Vermont this 14th day of October 2022.

_____
United States District Court Judge