UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JUL 11 PM 1:53

CLERK

BY ___LAW___
    DEPUTY CLERK

| | |
|---|---|
| DONNA BROWE, TYLER BURGESS, ) <br> BONNIE JAMIESON, PHILIP JORDAN, ) <br> LUCILLE LAUNDERVILLE, and ) <br> THE ESTATE OF BEVERLY BURGESS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CTC CORPORATION and ) <br> BRUCE LAUMEISTER, ) <br> ) <br> Defendants. ) | Case No. 2:15-cv-267 |

**ENTRY ORDER**

On May 10, 2023, Defendants CTC Corporation and Bruce Laumeister (collectively, "Defendants") filed a motion for payment of Plan benefits and requested the court "permit Defendants' counsel to pay [P]lan benefits to all but two (2) of the CTC Plan Participants" (Plaintiffs Donna Browe and Lucille Launderville) "from the escrow account counsel holds" pursuant to court Order. (Doc. 361 at 1.) Defendants "plan to appeal the award of Plan benefits to Lucille Launderville and Donna Browe on the statute of limitations issue." *Id.* at 3.

Pursuant to this court's orders of December 16, 2022 (Doc. 337) and April 17, 2023 (Doc. 359), the following amounts are owed to each Plan Participant:

| | |
|---|---|
| Eileen Bliss | $ 91,980 |
| Donna Browe | $ 94,461 |
| Steve Brown | $ 49,773 |
| Beverly Burgess Estate | $ 94,107 |
| Bill Elliot | $ 7,174 |
| Sharon Fish | $ 33,458 |
| Ed Hojonowski | $ 61,477 |

| | |
|---|---|
| Pat DeCoff | $ 13,005 |
| Phil Jordan | $ 83,348 |
| Lucille Launderville | $ 189,514 |
| Hope Leonard | $ 16,829 |
| Don Loseby | * |
| Wayne Massari | $ 22,437 |
| Garry Pleasant | $ 23,881 |
| Robin Secord | $ 34,758 |
| Marvin Smith | $ 13,714 |
| **Total Restoration Award** | **$ 829,915** |

Pursuant to this court's orders of December 16, 2022 the judgment against Lucille Launderville for contribution is now $414,957.50. (Doc. 337 at 27.)

Plaintiffs consent to the payment of Plan benefits pursuant to the court's remedial order without a waiver of Plaintiffs' rights under ERISA.

Defendants are hereby ORDERED to pay from their counsel's trust account the following amounts to the following Plan Participants:

| | |
|---|---|
| Eileen Bliss | $ 91,980 |
| Steve Brown | $ 49,773 |
| Beverly Burgess Estate | $ 94,107 |
| Bill Elliot | $ 7,174 |
| Sharon Fish | $ 33,458 |
| Ed Hojonowski | $ 61,477 |
| Pat DeCoff | $ 13,005 |
| Phil Jordan | $ 83,348 |
| Hope Leonard | $ 16,829 |
| Wayne Massari | $ 22,437 |
| Garry Pleasant | $ 23,881 |
| Robin Secord | $ 34,758 |
| Marvin Smith | $ 13,714 |

To protect Plan participants and to provide a clear record, the court ORDERS:

    1.    That all participants be sent, along with payments, a simple notice and receipt in a form agreed to by the parties or ordered by the [c]ourt;

      2.      That materials sent to participants refrain from requiring or purporting to require any waiver of rights under ERISA; and

      3.      That Defendants file a report, within 30 days after issuance of this order directing payment, which states the dates on which checks were sent to each participant, states whether each check has cleared or remains outstanding, and includes copies of all receipts returned from participants.

(Doc. 362 at 2.)

**SO ORDERED.**

Dated at Burlington, in the District of Vermont, this 11th day of July, 2023.

Christina Reiss, District Judge
United States District Court